UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>THE CITY OF BRIDGEPORT, CONNECTICUT AND BRIDGEPORT BOARD OF EDUCATION<br><br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY; NOVO NORDISK INC.; SANOFI-AVENTIS U.S. LLC; CIGNA HEALTH AND LIFE INSURANCE COMPANY EVERNORTH HEALTH, INC. (FORMERLY EXPRESS SCRIPTS HOLDING COMPANY); EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS ADMINISTRATORS, LLC; MEDCO HEALTH SOLUTIONS, INC.; ESI MAIL PHARMACY SERVICE, INC.; EXPRESS SCRIPTS PHARMACY, INC.; ASCENT HEALTH SERVICES, LLC; CVS HEALTH CORPORATION; CVS PHARMACY, INC; CAREMARK RX, LLC; CAREMARK PCS HEALTH, LLC; CAREMARK, LLC; ZINC HEALTH SERVICES, LLC; UNITEDHEALTH GROUP, INC.; OPTUM, INC.; OPTUMRX INC.; OPTUMINSIGHT, INC.; and EMISAR PHARMA SERVICES LLC<br><br>Defendants. | CASE NO. 2:23-md-3080 (BRM)(RLS) MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br><br>JUDGE LEDA DUNN WETTRE<br><br>Case No.: 3:26-CV-00038<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

1

Please take NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs' claims are dismissed against all defendants, without prejudice. Each party to bear its own cost and attorneys' fees.

DATED: January 15, 2026.

                                            Respectfully submitted,

                                            By: */s/ Kenneth G. Bartlett*
                                            Kenneth G. Bartlett, Esquire
                                            ken@bartlettlawpc.com
                                            **BARTLETT LAW OFFICES, P.C.**
                                            1308 Durham Road
                                            Madison, CT 06443
                                            Tel.: (203) 421-4400

                                            */s/ Becca Timmons*
                                            Becca Timmons
                                            btimmons@levinlaw.com
                                            Brandon L. Bogle
                                            bbogle@levinlaw.com
                                            Matthew P. Marcin
                                            mmarcin@levinlaw.com
                                            **LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
                                            316 S. Baylen St., Suite 600
                                            Pensacola, Florida 32502
                                            Telephone: (850) 435-7140

/s/ *Benjamin J. Widlanski*
Benjamin J. Widlanski
bwidlanski@kttlaw.com
Tal J. Lifshitz
tjl@kttlaw.com
Rachel Sullivan
rs@kttlaw.com
Jorge L. Piedra
jpiedra@kttlaw.com
Javier A. Lopez
jal@kttlaw.com
Daniel T. DiClemente
ddiclemente@kttlaw.com
**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800

/s/ *Christopher A. Seeger*
Christopher A. Seeger
cseeger@seegerweiss.com
David R. Buchanan
dbuchanan@seegerweiss.com
Steven J. Daroci
sdaroci@seegerweiss.com
**SEEGER WEISS, LLP**
55 Challenger Road
Ridgefield Park, New Jersey 07660
Telephone: (973) 639-9100

/s/ *Russell W. Budd*
Russell W. Budd
rbudd@baronbudd.com
Christine C. Mansour
cmansour@baronbudd.com
**BARON & BUDD, P.C.**
3102 Oak Lawn Ave, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605

*/s/ Burton LeBlanc*
Burton LeBlanc
bleblanc@baronbudd.com
**BARON & BUDD, P.C.**
2600 Citiplace Drive, Suite 400
Baton Rouge, LA 70808
Telephone: (225) 927-5441

*/s/ Roland Tellis*
Roland Tellis
rtellis@baronbudd.com
Mark P. Pifko
mpifko@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Blvd #1600
Los Angeles, CA 91436
Telephone: (818) 839-2333

*/s/ Catherine Hancock Dorsey*
Catherine Hancock Dorsey
cdorsey@baronbudd.com
**BARON & BUDD, P.C.**
600 New Hampshire Ave. NW 10th Floor
Washington, D.C. 20037
Telephone: (202) 333-4562

*Attorneys for Plaintiffs*